# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIHINAHINA SULLIVAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> NADAR PEIKAR, ET AL., <br><br> Defendants. | Case No. 5:24-CV-01910-MRA-AJR <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that all Plaintiffs' claims, except those brought by Plaintiff Leihinahina Sullivan, are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Complaint (Dkt. 1) is DISMISSED WITH LEAVE TO AMEND. Plaintiff Sullivan shall file an amended complaint within 30 days of the issuance of this order.

IT IS FURTHER ORDERED non-party Cantera's Motion to Supplement Complaint (Dkt. 11) is DENIED.

IT IS FURTHER ORDERED Plaintiffs' Motion for Leave to Add Inmate Stephene Cantera as a Plaintiff (Dkt. 5) is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 21, 2025

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE