UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIHINAHINA SULLIVAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> NADAR PEIKAR, M.D., ET AL., <br><br> Defendants. | Case No. 5:24-cv-01910-MRA-AJR <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, the Court finds that there is no just reason to delay final judgment pursuant to Federal Rule of Civil Procedure 54(b) with regard to the claims brought by Plaintiffs Laquisha McFarland, Karina Chairez, and Nidal Awawdah, as well as non-party Stephene Cantera.

IT IS HEREBY ADJUDGED that all claims brought by Plaintiff Laquisha McFarland are dismissed without prejudice.

IT IS HEREBY ADJUDGED that all claims brought by Plaintiff Karina Chairez are dismissed without prejudice.

1     IT IS HEREBY ADJUDGED that all claims brought by Plaintiff Nidal Awawdah
2 are dismissed without prejudice.
3
4     IT IS HEREBY ADJUDGED that non-party Stephene Cantera's Motion to
5 Supplement Complaint (Dkt. 11) is DENIED and the Motion for Leave to Add Inmate
6 Stephene Cantera as a Plaintiff (Dkt. 5) is DENIED.
7
8     This action remains pending as to the claims brought by Plaintiff Leihinahina
9 Sullivan only.
10
11 DATED: January 21, 2025
12                                            HON. MÓNICA RAMÍREZ ALMADANI
13                                            UNITED STATES DISTRICT JUDGE