1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| LEIHINAHINA SULLIVAN, | Case No. 5:24-cv-01910-MRA-AJR |
|---|---|
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| NADER PEIKAR, ET AL., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Motion for Leave to Insure That [She] Remain At Victorville Camp and Not [Be] Removed to Another Facility While [Her] Case Is Pending In Retaliation For Filing This Lawsuit" (the "Motion"), (Dkt. 53), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. On December 12, 2025, Plaintiff filed Objections to the Report and Recommendation. (Dkt. 58.) However, in the Objections, Plaintiff states, "I am no longer claiming injunctive relief but do claim all issues in the Fourth Amendment Claim (Dkt. 46) and I am only required to file a plain, simple complaint against Defendants which I did." (Id.) Accordingly, the Objections do not appear to contain any argument disputing the findings or conclusions in the Report and Recommendation related to the Motion. Regardless, the Court has conducted a *de novo* review of the Report and Recommendation in light of the Objections and does not believe that any alteration or

change to the Report and Recommendation is warranted.  Therefore, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Specifically, Plaintiff points out that two of the Defendants are no longer at the "Victorville Complex," where the alleged constitutional violations occurred.  (Dkt. 58 at 1-2.)  Plaintiff also alleges that "[t]here is no medical care here at Victorville Complex according to Warden Lepe who is the Complex Warden."  (Id. at 2.)  These points are not responsive to the Report and Recommendation, which finds that the Motion should be denied on the grounds that no defendant had been served or appeared in the action at the time the Motion was filed and that Plaintiff failed to include any argument or factual basis to support the Motion.  (Dkt. 54.)  Plaintiff does not dispute these findings but instead withdraws her claim for injunctive relief.  (Dkt. 58 at 1.)

IT IS ORDERED that Plaintiff's Motion is DENIED.  (Dkt. 53.)

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff at her current address of record, as well as all defendants who have appeared in the action.

DATED: January 07, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE